UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| CHARLES HITZEMAN, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 09-08-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| PERRY COUNTY REGIONAL JAIL, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Plaintiff Charles Hitzeman filed the instant *pro se* civil rights action asserting claims under 42 U.S.C. § 1983. On March 20, 2009, Hitzeman's case was referred to United States Magistrate Judge Edward B. Atkins for the purpose of conducting further proceedings, including preparing proposed findings of fact and recommendations on any dispositive motions. [R. 13.] Subsequently, a motion for summary judgment was filed by the remaining Defendants.[1] [*See* R. 34.] The Plaintiff filed a response [R. 36], and Judge Atkins issued his Report and Recommendation [R. 41] on January 21, 2011.

Judge Atkins recommends that the Court deny the Defendants' motion for summary judgment without prejudice. Specifically, he finds that the Defendants' motion is not properly supported with citations to materials, such as depositions, affidavits, admissions on file, or responses to interrogatories, in the record. [R. 41 at 4-5.] Judge Atkins suggests that the Defendants be granted a specific period of time to refile a dispositive motion that cures these

---

[1] The Plaintiff's claims against the Perry County Regional Jail were dismissed with prejudice before referral of the matter to the Magistrate Judge. [*See* R. 5.]

deficiencies. [*Id.* at 6.]

The Report and Recommendation advises the parties that objections must be filed within fourteen (14) days of service or further appeal is waived. [*Id.*] Neither party has filed objections or sought an extension of time to do so. Thus, pursuant to 28 U.S.C. § 636(b)(1), this Court will adopt the Report and Recommendation.

Accordingly, it is hereby **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation [R. 41] is **ADOPTED** as and for the opinion of this Court;

2. The Defendants' Motion for Summary Judgment [R. 34] is **DENIED without prejudice**; and

3. The Defendants shall have up to and including **March 24, 2011**, to refile a properly supported motion for summary judgment or other dispositive motion, with response and reply time per the local rules.

This the 11th day of February, 2011.

Signed By:
*Gregory F. Van Tatenhove*
United States District Judge